IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-83

| | |
|---|---|
| CHATHAM STEEL CORP, A Foreign Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MITCHELL WELDING, INC., A North )<br>Carolina Corporation, FRED L. STOUT, an )<br>Individual, JOHN C. STOUT, an Individual )<br>And CLARANN STOUT DIXON, an )<br>Individual, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Mindy C. Fisher's Application for Admission to Practice *Pro Hac Vice* of Jose A. Rodriguez. It appearing that Jose A. Rodriguez is a member in good standing with the Florida State Bar and will be appearing with Mindy C. Fisher, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that Mindy C. Fisher's Application for Admission to Practice Pro Hac Vice (#4) of Jose A. Rodriguez is **GRANTED**,

and that Jose A. Rodriguez is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Mindy C. Fisher.

Signed: May 6, 2015

Dennis L. Howell
United States Magistrate Judge