IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-083-MR-DCK

| | |
|---|---|
| CHATHAM STEEL CORPORATION, A Foreign corporation, </br></br>Plaintiff, </br></br>v. </br></br>MITCHELL WELDING, INC., a North Carolina corporation, FRED L. STOUT, an individual, JOHN C. STOUT, an individual and CLARANN STOUT DIXON, an individual, </br></br>Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Mindy C. Fisher, concerning Oscar E. Soto on February 22, 2016. Mr. Oscar E. Soto seeks to appear as counsel *pro hac vice* for Plaintiff Chatham Steel Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Mr. Oscar E. Soto is hereby admitted *pro hac vice* to represent Plaintiff Chatham Steel Corporation.

**SO ORDERED**.

Signed: February 23, 2016

_____
David C. Keesler
United States Magistrate Judge