THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00083-MR-DCK

| | |
|---|---|
| CHATHAM STEEL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MITCHELL WELDING, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Continue Mediation and Motion Deadlines [Doc. 25].

The Plaintiff moves the Court for an Order allowing a 33-day extension of the mediation deadline, which is currently scheduled for May 15, 2016, and a 30-day extension of the motions deadline, which is currently scheduled for June 1, 2016. [Doc. 25]. The Defendants consent to the Plaintiff's request. [Id.].

Upon review of the Plaintiff's Motion, the Court will allow only a limited extension of these deadlines. Trial of this matter is scheduled for September 6, 2016, and the extensions requested by the Plaintiff would not allow the Court sufficient time to address dispositive motions prior to the trial date.

Accordingly, the Court will extend the mediation deadline until June 1, 2016 and the motions deadline until June 15, 2016.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion to Continue Mediation and Motion Deadlines [Doc. 25] is **GRANTED IN PART**. The mediation deadline is hereby **EXTENDED** to **June 1, 2016**, and the motions deadline is hereby **EXTENDED** to **June 15, 2016.**

**IT IS SO ORDERED.**

Signed: May 10, 2016

Martin Reidinger
United States District Judge