THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00083-MR-DCK

CHATHAM STEEL CORP., a Foreign )
Corporation, )
 )
                Plaintiff, )
 )
       vs. )      <u>O R D E R</u>
 )
MITCHELL WELDING, INC., a North )
Carolina Corporation, JOHN C. )
STOUT, an individual, and CLARANN )
STOUT DIXON, an individual, )
 )
                Defendants. )
_____ )

**THIS MATTER** is before the Court on the Defendants' Suggestion of Bankruptcy [Doc. 36].

The Defendants John C. Stout and Clarann Stout Dixon (now known as Clarann Stout Vance) have filed a notice with the Court indicating that they filed voluntary bankruptcy petitions under Chapter 7 of the United States Bankruptcy Code on August 2, 2016. It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 <u>Collier on Bankruptcy</u> ¶ 362.03[3] (16th ed. 2014); <u>see also</u> 11 U.S.C. § 362(a)(1) (providing that a bankruptcy

petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor"). Accordingly, the Court will consider this action stayed, but only as to the Defendants John C. Stout and Clarann Stout Dixon.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to the Defendants John C. Stout and Clarann Stout Dixon only until further Order of the Court. All other claims pending in this action remain unaffected by this stay.

**IT IS SO ORDERED**.

Signed: August 24, 2016

Martin Reidinger
United States District Judge