# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00083-MR-DCK

| | |
|---|---|
| CHATHAM STEEL CORP., a Foreign Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MITCHELL WELDING, INC., a North Carolina Corporation, JOHN C. STOUT, an individual, and CLARANN STOUT DIXON, an individual, | ) ) ) ) ) |
| Defendants. | ) ) |

## CONSENT FINAL JUDGMENT AS TO DEFENDANT MITCHELL WELDING, INC.

**THIS MATTER** is before the Court on the parties' Stipulation for Entry of Consent Final Judgment. [Doc. 38].

Upon review of the parties' stipulation and for cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a final judgment shall be and is hereby **ENTERED** against the Defendant **MITCHELL WELDING, INC.**, whose address is 7080 Highway 19E, Spruce Pine, North Carolina 28777, and in favor of the Plaintiff **CHATHAM STEEL CORPORATION**, whose address is 350 S. Grand Avenue, Suite 5100, Los

Angeles, CA 90071, and that the Plaintiff shall recover from said Defendant the total sum of $1,156,282.07 plus post-judgment interest on the principal of $1,156,282.07 until the judgment is satisfied, for all of which let execution issue forthwith.

**IT IS SO ORDERED.**

Signed: September 1, 2016

Martin Reidinger
United States District Judge