THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00083-MR-DCK

| | |
|---|---|
| CHATHAM STEEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MITCHELL WELDING, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

This matter was stayed on November 16, 2015, based on the Notice of Suggestion of Bankruptcy filed by Defendants John C. Stout and Clarann Stout Dixon. [Doc. 37]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

Signed: June 22, 2017

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge